UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00232-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. RAMON VELMERO-CRUZ, a/k/a Ramon Fiero Cruz, a/k/a Ramon Garcia Cruz,

 Defendant.

---

## ORDER

---

 This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Monday ,June 14, 2010,** and responses to these motions shall be filed by **Friday, June 25, 2010.**  It is

 FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, July 12, 2010, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

 ORDERED that the parties shall promptly notify the court if a hearing on motions and/or final trial preparation conference needs to be set.

 Dated this 11th day of May, 2010.

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge