UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00232-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAMON VELMERO-CRUZ, a/k/a Ramon Fiero Cruz, a/k/a Ramon Garcia Cruz,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with a jury trial, the Change of Plea Hearing set for Tuesday, August 17, 2010, at 10:30 a.m. is **VACATED** and **RESET** to **Friday, September 2, 2010, at 2:30 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: July 22, 2010