UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00232-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAMON VELMERO-CRUZ, a/k/a Ramon Fiero Cruz, a/k/a Ramon Garcia Cruz,

      Defendant.

---

## AMENDED MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea Hearing is set for **Friday, September 3, 2010, at 2:30 p.m.,** not September 2, 2010.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  July 23, 2010